1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS PHARMACY, LLC d/b/a KENNEDY PHARMACY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CAREMARK, L.L.C.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>        Defendants. | Case No. 2:25-cv-00937-SPG-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 16]** |

Before the Court is the parties' Joint Stipulation Extending Time to Respond to Plaintiff's Complaint (ECF No. 16 ("Stipulation")).  Having considered the Stipulation, and finding good cause thereof, the Court GRANTS the Stipulation and ORDERS as follows:

1.      Defendants' time to answer, move, or otherwise respond in the Action is extended until forty-five (45) days after the date upon which the JPML rules upon the Second Motion to Transfer (the "Extension Period").

2.      During the Extension Period, none of the parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36.

3.      If Defendants answer, move, or otherwise plead with respect to a complaint in a Related Action pending in any district, Defendants will concurrently answer, move, or otherwise plead with respect to the Complaint in the Action.

4.      The Joint Stipulation and proposed order do not constitute a waiver of any of the parties' claims, rights, arguments, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in any of the Related Actions.

5.      The parties shall provide the Court with periodic Joint Status Reports every ninety (90) days, apprising the Court of any updates on the consolidation of the Related Actions.

**IT IS SO ORDERED.**

Dated: February 19, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE